# MOTION DOCKET

**99–570. DeRolph v. State.**
Perry C.P. No. 22043. This cause is pending before the court as an appeal of right from the Court of Common Pleas of Perry County.

IT IS ORDERED by the court, *sua sponte,* that oral argument currently scheduled for June 20, 2001, is extended to thirty minutes per side.

**00–1405. State ex rel. Stys v. Parma Community Gen. Hosp. Assn.**
In Mandamus. On relators' motion to strike portion of respondents' evidence, respondents' motion to strike affidavit of Gerald W. Phillips or, alternatively, for leave to depose Phillips, and relators' and respondents' requests for oral argument.

IT IS ORDERED that relators' motion to strike be, and hereby is, granted in part and that exhibits 7 and 8 of respondents' evidence be, and hereby are, stricken. Relators' motion to strike exhibits 3, 4, 5, and 6 of respondents' evidence is denied.

LUNDBERG STRATTON, J., would deny the motion to strike.

IT IS FURTHER ORDERED that respondents' motion to strike be, and hereby is, denied.

IT IS FURTHER ORDERED that relators' and respondents' motions for oral argument be, and hereby are, granted and that the cause be scheduled for oral argument.

**00–1554. Day v. Middletown–Monroe City School Dist.**
Butler App. No. CA99–11–186. On motion pursuant to S.Ct.Prac.R. XIV(6)(A) for a settlement conference. Motion granted.

**00–1705. Cincinnati v. Beretta U.S.A. Corp.**
Hamilton App. Nos. C–990729, C–990814 and C–990815. On motion for admission *pro hac vice* by Jean M. Geoppinger for Dennis A. Henigan and Jonathan E. Lowy. Motion granted.

**00–1984. Aetna Cas. & Sur. Co. v. Goodyear Tire & Rubber Co.**
Summit App. No. 19121. On motion for admission *pro hac vice* of Michael J. Baughman by J.W. Barnhouse on behalf of U.S. Fire Insurance Company et al. Motion granted.

COOK, J., not participating.

**01–317. State v. Biros.**
Trumbull App. No. 91–T–4632. On motion for appointment of counsel. Motion denied.

**01–469. State v. Daggett.**
Summit App. No. 20328. On motion for leave to file delayed appeal. Motion denied.

MOYER, C.J., and PFEIFER, J., dissent.

**01–470. State v. Shelton.**
Hamilton App. No. C–990391. On motion for leave to file delayed appeal. Motion denied.

**01–476. State v. Smith.**
Lorain App. No. 99CA007387. On motion for leave to file delayed appeal. Motion denied.

**01–489. State v. Warnement.**
Miami App. No. 00CA13. On motion for stay of court of appeals' judgment and motion for reasonable bail pending appeal. Motions denied.

F.E. SWEENEY, J., would grant the motions and set bond at $10,000.